IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JAMES HENRY GRESHAM,

    Petitioner,

v.                                CIVIL ACTION NO.: CV210-173

ANTHONY HAYNES, Warden, and
ERIC HOLDER, Attorney General,

    Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner James Gresham ("Gresham") contends that Wofford v. Scott, 177 F.3d 1236 (11th Cir. 1999), does not apply to habeas petitions with claims of substantive due process violations. However, Gresham overlooks the requirement that, in order to proceed on the merits (e.g., a substantive due process claim) of a petition filed pursuant to 28 U.S.C. § 2241, a petitioner must satisfy the three (3) prerequisites of Wofford.

Gresham's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondents' Motion to Dismiss is **GRANTED**. Gresham's petition for writ of habeas corpus, filed pursuant to

AO 72A
(Rev. 8/82)

28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ____ day of _____, 2011.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)